**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin (State Bar No. 291289)
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinhall.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRERA, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>         v.<br><br>RESIDENT HOME LLC and DREAMCLOUD BRAND LLC,<br><br>                                    Defendants. | Case No. 4:20-cv-00760-JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 4:20-CV-00760-JSW

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jennifer Carrera ("Plaintiff") and Defendants Resident Home LLC and DreamCloud Brand LLC ("Defendants") (together, the "Parties"), by and through their respective counsel of record, stipulate to dismissal <u>with prejudice</u> of Plaintiff's claims.  The Parties agree to bear their own fees and costs.

Dated: October 23, 2020

**JENNIFER CARRERA**, individually and on behalf of all others similarly situated

By: */s/ L. Timothy Fisher*
    L. Timothy Fisher

L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: 923.300.4455
Fax: 925.407.2700

Frank S. Hedin (SBN 21289)
fhedin@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Tel: 305-357-2107
Fax: 305-200-8801

*Counsel for Plaintiff*

Dated:  October 23, 2020

**RESIDENT HOME LLC and DREAMCLOUD BRAND LLC**,

By: */s/ Tyler G. Newby*
    Tyler G. Newby

Tyler G. Newby (SBN 205709)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

*Attorneys for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SIGNATURE ATTESTATION

    I attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: October 23, 2020                      By: */s/ L. Timothy Fisher*
                                                        L. Timothy Fisher